UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:18-cr-00017-017 |
| v. | ) | Hon. R. Leon Jordan, Sr. USDJ |
| | ) | |
| KEVIN SCOTT DINGUS | ) | |

### SUPPLEMENT TO THE SENTENCING MEMORANDUM OF THE DEFENDANT KEVIN SCOTT DINGUS

The Defendant **KEVIN SCOTT DINGUS**, by undersigned counsel, respectfully submits this supplement to his sentencing memorandum, to which are attached two letters of support.

Respectfully submitted,

s/ Francis L. Lloyd, Jr.
LAW OFFICE OF FRANCIS L. LLOYD, JR.
9111 Cross Park Drive, Suite D-200
Knoxville, TN 37923
tel: (865) 470-4077
fax: (865) 978-6504
E-Mail: FLLloydJr@gmail.com
  *Counsel for the Defendant Kevin Scott Dingus*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all the parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ Francis L. Lloyd, Jr.