Teresa Harrington

19 phillip drive castlewood va 24224

2762063678


Your Honor

I am Kevin Dingus mother thank you for giving me the opportunity to write you this letter.

I know my son has made bad choices in his life and he has been paying for them,my son has a big heart he will help anyone and i know you have got letter's from others saying the same thing and i understand that but i know my son and he has turned his life around he reads his bible and goes to church i know in there it's not much to do but if he wanted things to read he knows i would get them for him but he makes a choice to read his bib le everyday we even talk about it on the phone like a study but he has excepted our Lord and he shows it everyday he has a girlfriend and she is into church also but that isn't the reason he got saved they talked before that, They have knew each other since they was in school and yes she has been a good influence on Kevin they have plans when he gets out he corrects me if i get upset with something in there and i'm thankful yes jail has been good for he now see's what he was missing in life and i know you read this over and over but if you can find it in your heart to have leniency toward Kevin he will prove it to you. Whatever you choose is okay with us because you are the one with the right to order down whatever you want to. If you keep him in there for years will you please let him take programs and one more thing your Honor a friend of mine her nephew was in a program that they live on this place and works there and grows stuff they eat and it's a christian based place they go to church and they let them have a weekend pass for spending time with family, after they have earned it. You might not like what i'm going to say but i feel they need programs like this, I know my son isn't perfect he has made mistakes in his life but i'm so thankful and proud of him. Kevin can do about anything he applies himself at. H e has been gone already years and yes he hates what he did before and the life he had, but is ready for a new life a new jouney to begin, he will have a place to live and a job and the support of our church and of course his girlfriend. If you feel the need to ask me questions feel free to do so, Whatever happens on march 5th will be just fine and i respect you Judge in your decision.


Thank your Honor

March 5th 2020

*Teresa Harrington*

1

Case 2:18-cr-00017-RLJ-CRW   Document 1621-1   Filed 03/09/20   Page 1 of 3   PageID #: 10310

Francis Lloyd
9111 Cross Park Drive
Suite D - 200
Knoxville, TN 37923


Keri Wright
3219 Second Avenue
Saint Paul, VA 24283

February 26, 2020

The Honorable Leon Jordan
U.S. Senior District Judge
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

Re: Sentencing of Kevin Dingus

Dear Judge Leon Jordan,


I am Keri Wright and I have known the defendant, Kevin Dingus, for over 30 years. Kevin and I attended school together from the time we were in kindergarten until we were seniors in high school. Additionally, he was my neighbor. We grew up together and spent a lot of time together. Even as teenagers, we would spend the vast majority of our free time with each other.


Kevin has always been an extremely great friend. He is very generous, respectful, and has one of the kindest hearts of anyone I know. He was, and still is, one of my best friends and I am very thankful for the influence he has had on my life. Growing up, Kevin always looked out for me and would do anything he could to help me when I needed it most. He has never mistreated me or made me feel unsafe in any way, which is something that I am still very appreciative of.


I would also like to add that I was in an abusive marriage for 10 years. Throughout this difficult time in my life, Kevin was one of the people that I depended on the most. Whether it was a phone call, a letter, or an e-mail, he was always more than willing to talk to me and help me even though he was facing challenging situations himself. He was definitely one of the only people that I knew I could rely on throughout this time and helped me to have a more positive outlook. Kevin is very selfless and this has been demonstrated on multiple occasions, but especially through his willingness to help me through any difficult situation that I have faced in my life. Furthermore, we communicate on a regular basis, nearly every day while he has been incarcerated. He is still the same person that I have always known.

In closing, I believe that Kevin is more than capable of successfully creating a better life for himself and moving past this mistake. He is very considerate and determined and has a strong support system in his friends and family. I hope that my letter will be taken into consideration by the court and will be a positive factor when a decision concerning sentencing is being made.

Sincerely,

Keri Wright